FILED: February 8, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-116
(6:96-cr-00154-NCT-1)
_____

In re: COREY ALLEN WILSON, a/k/a Jugs

  Movant

_____

O R D E R
_____

  Movant has filed a motion under 28 U.S.C. § 2244 for an order authorizing the district court to consider a second or successive application for relief under 28 U.S.C. § 2255.

  The court denies the motion.

  Entered at the direction of Judge Traxler with the concurrence of Chief Judge Gregory and Senior Judge Hamilton.

            For the Court

            /s/ Patricia S. Connor, Clerk